**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __II__    Investigating Agency __HSI/ATF__

City: Boston, Littleton, Dedham
County: Suffolk, Middlesex, Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Alexis Lara Herrera    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: 40 LAWRENCE AVE, DORCHESTER, MA 02121
Birth date (Yr only): 1998   SSN (last 4#): 2589   Sex: M   Race: _____   Nationality: Dominican

Defense Counsel if known: _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Luke A. Goldworm    Bar Number if applicable: 677657
Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish
Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
Matter to be SEALED: ☑ Yes ☐ No
☑ Warrant Requested    ☐ Regular Process    ☐ In Custody
Location Status: Not in Custody
Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☑ Indictment
Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/18/2024    Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Alexis Lara Herrera

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 554(a) and 2 | Smuggling Goods from the U.S.; Aiding and Abetting | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**